IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Eric Alan Sanders, | ) | C/A No. 3:23-4441-SAL-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| South Carolina Department of Revenue; State | ) | |
| of South Carolina; Hampton Regional | ) | |
| Medical Center; Allendale County Hospital, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The above-captioned case has been removed from the Richland County Court of Common Pleas. The docket number for the state court action was 2023-CP-40-03856.  **The parties should use the civil action number listed above (C/A No. 3:23-4441-SAL-PJG) when they file subsequent motions or pleadings in this case.**

<u>**TO PLAINTIFF**</u>**:**

As a *pro se* litigant, **Plaintiff is directed to submit fully completed and signed answers to the court's interrogatories pursuant to Local Civil Rule 26.01 (D.S.C.)**, which are attached to this order, within **twenty-one (21) days** from the date this order is entered (plus three days for mail time).

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, any documents you file must be served on parties.  Unless otherwise ordered, service must be made on a party's attorney. Service on attorneys who have made an appearance in this court is effected by the court's Electronic Case Filing system through a computer generated notice of electronic filing.  For parties that do not have an attorney, any documents filed subsequent to the initial pleading must be served on that party and a certificate of service must be filed stating who was served, what document was served, and how the document was served.

Any future filings in this case must be sent to the address listed below.  All documents requiring the plaintiff's signature shall be signed with Plaintiff's full legal name written in Plaintiff's own handwriting.  *Pro se* litigants shall not use the "s/typed name" format used in the Electronic Case Filing System.  In any future filings with this court, Plaintiff must use letter-sized paper and may only write, or type text, on one side of a sheet of paper.  Plaintiff must place the Civil Action Number (C/A No. 3:23-4441-SAL-PJG) on any document filed in this case.

Plaintiff's attention is further directed to the following important notice:

You are ordered to always keep the Clerk of Court advised **in writing (901 Richland Street, Columbia, South Carolina 29201)** if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you.  If, as a result of your failure to comply with this order, you fail to meet a deadline set by this court, **your case may be dismissed for violating this order.**  Therefore, if you have a change of address before this case is ended, you must comply with this order by immediately advising the Clerk of Court in writing of such change of address and providing the court with the docket number of all pending cases you have filed with this court.  Your failure to do so will not be excused by the court.

**TO THE CLERK OF COURT**:

The Clerk of Court shall mail a copy of this order and the proper form documents to Plaintiff.  The Clerk shall forward the file to the assigned United States Magistrate Judge at the expiration of the deadline set above or once Plaintiff provides the proper form documents.  See In Re: Procedures in Civil Actions Filed by Non-Prisoner *Pro Se* Litigants, No. 3:07-mc-5015-JFA.

The Clerk of Court shall not enter any change of address submitted by Plaintiff which directs that mail be sent to a person other than Plaintiff unless that person is an attorney admitted to practice before this court who has entered a formal appearance.

**IT IS SO ORDERED**.

September 15, 2023                    Paige J. Gossett
Columbia, South Carolina             UNITED STATES MAGISTRATE JUDGE

*Plaintiff's attention is directed to the important warning on the next page.*

Page 2 of 3

## IMPORTANT INFORMATION . . . PLEASE READ CAREFULLY

## WARNING TO *PRO SE* PARTY OR NONPARTY FILERS

All documents that you file with the court will be available to the public on the internet through PACER (Public Access to Court Electronic Records) and the court's Electronic Case Filing System. **CERTAIN <u>PERSONAL IDENTIFYING INFORMATION</u> SHOULD NOT BE INCLUDED IN OR SHOULD BE REMOVED FROM ALL DOCUMENTS <u>BEFORE</u> YOU SUBMIT THE DOCUMENTS TO THE COURT FOR FILING.**

Federal Rule of Civil Procedure 5.2 provides for privacy protection of electronic or paper filings made with the court. Rule 5.2 applies to **all** documents submitted for filing, including pleadings, exhibits to pleadings, discovery responses, and any other document submitted by any party or nonparty for filing. Unless otherwise ordered by the court, a party or nonparty filer should not put certain types of an individual's personal identifying information in documents submitted for filing to any United States District Court. If it is necessary to file a document that already contains personal identifying information, the personal identifying information should be "**blacked out**" or **redacted** prior to submitting the document to the Clerk of Court for filing. A person filing any document containing their own personal identifying information **waives** the protection of Rule 5.2(a) by filing the information without redaction and not under seal.

1. Personal information protected by Rule 5.2(a):

    **(a) Social Security and Taxpayer Identification Numbers.** If an individual's Social Security number or a taxpayer identification number must be included in a document, the filer may include only the last four digits of that number.
    **(b) Names of Minor Children.** If the involvement of a minor child must be mentioned, the filer may include only the initials of that child.
    **(c) Dates of Birth.** If an individual's date of birth must be included in a document, the filer may include only the year of birth.
    **(d) Financial Account Numbers.** If financial account numbers are relevant, the filer may include only the last four digits of these numbers.

2. Protection of other sensitive personal information—such as driver's license numbers and alien registration numbers—may be sought under Rule 5.2(d) (Filings Made Under Seal) and (e) (Protective Orders).