**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

|  |  |
|---|---|
| _____ ) | Civil Action No. 3:23-cv-4441-SAL-PJG |
| _____ ) |  |
| Eric Alan Sanders, ) |  |
| Plaintiff, ) | **MOTION TO DISMISS UNDER RULE** |
| ) | **41(a)(1)(i) WITHOUT PREJUDICE** |
| vs. ) | **(NOTICE OF DISMISSAL)** |
| ) | *(Richland County Case No. 2023-CP-400-3856)* |
| _____ ) |  |
| _____ ) |  |
| South Carolina Department of Revenue; State) |  |
| of South Carolina; Hampton Regional) |  |
| Medical Center; and Allendale County) |  |
| Hospital ) |  |
| Defendants. |  |

The Plaintiff moves the Court to dismiss this case without prejudice under Rule 41(a)(1)(i).

1.    This Notice of Dismissal is made pursuant to *41(a)(1)(A)(i), FRCP*.

2.    The Plaintiff filed this action in the Court of Common Pleas for Richland County against the Defendants on July 25, 2023.

3.    The Plaintiff through inadvertence and mistake set out challenges to S.C. Ann. §12-56-62 pursuant to the United States Constitution.

4.    The Plaintiff filed a Motion to Amend and filed an Amended Complaint with the Richland County Court of Common Pleas, removing all references to federal law and the United States Constitution on September 11, 2023.

REMAND MOTION:_____CASE NO. 3:23-cv-4441-SAL-PJG

5.     The Plaintiff files this notice of dismissal relating to all claims under federal law and the United States Constitution.

**Legal Standards**

**Rule 41 – Dismissal of Actions**

"[T]he plaintiff may dismiss an action without a court order by filing…a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." *41(a)(1)(A)(i), FRCP.*

"The rule is designed to permit a disengagement of the parties at the behest of the plaintiff only in the early stages of a suit, before the defendant has expended time and effort in the preparation of his case." *Armstrong v. Frostie Company, 453 F. 2d 914, 917 - Court of Appeals, 4th Circuit 197. See Harvey Aluminum, Inc. v. American Cyanamid Co., 203 F.2d 105, 107 (2d Cir.), cert. denied, 345 U.S. 964, 73 S.Ct. 949, 97 L.Ed. 1383 (1953); cf. Butler v. Denton, 150 F.2d 687, 689 (10th Cir. 1945).)*

**CONCLUSION**

**WHEREFORE**, the Plaintiff moves the Court to dismiss this case without prejudice under Rule 41(a) (1) (i). *Armstrong v. Frostie Company, 453 F. 2d 914, 917 - Court of Appeals, 4th Circuit 1971.* ("The rule is designed to permit a disengagement of the parties at the behest of the plaintiff only in the early stages of a suit, before the defendant has expended time and effort in the preparation of his case. See Harvey Aluminum, Inc. v. American Cyanamid Co., 203 F.2d 105, 107 (2d Cir.), cert. denied, 345 U.S. 964, 73 S.Ct. 949, 97 L.Ed. 1383 (1953); cf. Butler v. Denton, 150 F.2d 687, 689 (10th Cir. 1945).)

PLAINTIFF SO MOVES.

REMAND MOTION:_____CASE NO. 3:23-cv-4441-SAL-PJG