## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

Eric Alan Sanders,

Plaintiff,

vs.

South Carolina Department of Revenue; State of South Carolina; Hampton Regional Medical Center; and Allendale County Hospital

Defendants.

Civil Action No. 3:23-cv-4441-SAL-PJG

**Pro Se Party's Answers to Rule Rule 26.01 Interrogatories**
*(Richland County Case No. 2023-CP-400-3856)*

Plaintiff herby answers Local Civil Rule 26.01 Interrogatories as follows:

(A)    State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER: None known at this time.**

(B)    As to each claim, state whether it should be tried jury or non-jury and why.

**Plaintiff asserts Counts I – IV relate to a request for injunctive and declaratory relief – that S.C. Code § 12-56-62 (2013) is unconstitutional and in violation of various articles of the S.C. Const. – should be tried nonjury because they involve purely questions of law. Plaintiff asserts his causes of action for abuse of process (Count V), civil conspiracy (Count VI), and Negligence per Se (Count VII) against Defendants S.C. Dept' of Revenue, State of South Carolina, Hampton Regional Medical Center, Allendale County Hospital**

Rule 26.01 INTERROGATORIES:_____CASE NO. 3:23-cv-4441-SAL-PJG

should be tried by a jury, pursuant to Rule 38, SCRCP (a) – as demanded in the Plaintiff's civil cover sheet.

(C)  State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**The Plaintiff asserts that Defendant South Carolina Department of Revenue has waived its right to remove this matter to the District Court because it filed a depositive motion – a motion to dismiss on August 25, 2023 – and further waived its right to remove this matter to District Court by failing to move for removal within 30 days of being served on August 4, 2023, under 28 U.S.C. § 28 U. S. C. § 1446(b). Therefore, relating to the "unanimity rule among defendants," there is no unanimity among the defendants to remove the case to District Court and the case must be remanded to the State Court of Common Pleas. Most importantly, in its Motion to Dismiss, Defendant South Carolina Department of Revenue asserts "Richland County is an improper venue and venue should be transferred to Lexington County…the Department is a State agency located in Lexington County and the matters of which the Plaintiff complains occurred within Lexington County." Def. Sept' of Revenue's Motion to Dismiss at ¶ 3. Therefore, the Plaintiff asserts the Columbia Division is not a proper venue, and if not remanded, the Lexington Division is the proper Division.**

(D)     Is this action related I whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide:
(1)     a short caption and the full case number of the related action;
(2)     an explanation of how the matters are related; and
(3)     a statement of the status of the related action.

Please disclose any cases which may be related regardless of whether they are still pending.

ANSWER: There are no other cases involving identical parties, arising from the same or identical transactions, happenings or events; or any other reason that would entail substantial duplication of labor if heard by different judges.

Rule 26.01 INTERROGATORIES:_____CASE NO. 3:23-cv-4441-SAL-PJG

**I declare under penalty of perjury that the foregoing is true and correct.**

**Signed this 28th day of September, 2023**

PLAINTIFF SO MOVES.

Eric Alan Sanders, Plaintiff

262 Eastgate Drive
PMB# 501
Aiken, SC 29803
(803) 814-3631

September 28, 2023

Rule 26.01 INTERROGATORIES:_____CASE NO. 3:23-cv-4441-SAL-PJG