**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DIVISION OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| Eric Alan Sanders,<br><br>                        Plaintiff,<br><br>v.<br><br><br>South Carolina Department of Revenue, State of South Carolina, Hampton Regional Medical Center, Allendale County Hospital,<br><br>                        Defendants. | Civil Action No.: 3:23-cv-04441-SAL-PJG<br><br><br>**SOUTH CAROLINA DEPARTMENT OF REVENUE'S RESPONSE TO PLAINTIFF'S MOTION TO DISMISS UNDER RULE 41(a)(1)(i)** |

Defendant South Carolina Department of Revenue (Department) hereby files this response to Plaintiff's Motion to Dismiss under Rule 41(a)(1)(i), FRCP, dated September 25, 2023 (the Motion). In the Motion, the Plaintiff moves this Court to dismiss this case without prejudice under Rule 41(a)(1)(A)(i). The Department does not object to the dismissal of this case, and hereby consents to the Motion and such dismissal.

*Respectfully submitted,*

SOUTH CAROLINA DEPARTMENT OF REVENUE

*s/ Jason P. Luther, Esq.*
Jason P. Luther, Esquire (Federal Bar No. 10685)
300A Outlet Pointe Boulevard
Columbia, South Carolina 29210
Phone: 803.898.5785
Facsimile: 803.896.0171
E-Mail: Jason.Luther@dor.sc.gov;
         CourtOrders@dor.sc.gov
*Attorney for South Carolina Department of Revenue*

Columbia, South Carolina
October 10, 2023