IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Eric Alan Sanders,<br><br>Plaintiff,<br><br>vs.<br><br>South Carolina Department of Revenue; State of South Carolina; Hampton Regional Medical Center; and Allendale County Hospital;<br><br>Defendants. | C.A. No.:  3:23-cv-04441-SAL-PJG<br><br>**RESPONSE TO PLAINTIFF'S MOTION TO DISMISS UNDER RULE 41(a)(1)(i) ON BEHALF OF DEFENDANTS STATE OF SOUTH CAROLINA; HAMPTON REGIONAL MEDICAL CENTER; AND ALLENDALE COUNTY HOSPITAL** |

Defendants State of South Carolina; Hampton Regional Medical Center; and Allendale County Hospital (These Defendants) hereby file this response to Plaintiff's Motion to Dismiss under Rule 41(a)(1)(i), FRCP, dated September 25, 2023 (the Motion) (ECF 14). In the Motion, Plaintiff moves this Court to dismiss this case without prejudice under Rule 41(a)(1)(A)(i). These Defendants offer no objection to the dismissal of this case, and hereby consent to such dismissal.

Respectfully submitted by,

s/James P. Sullivan
James P. Sullivan
Federal Bar No.: 10765
jsullivan@hnblaw.com
Kelley S. Cannon, Esq.
Federal Bar No.: 6789
kcannon@hnblaw.com
HOWSER, NEWMAN & BESLEY, LLC
Post Office Box 12009
Columbia, SC 29211
(803) 758-6000 (telephone)
**Attorneys for State of South Carolina; Hampton Regional Medical Center; and Allendale County Hospital**

October 10, 2023
Charleston, South Carolina