AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Eric Alan Sanders

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| South Carolina Department of Revenue; State of South Carolina; Hampton Regional Medical Center; Allendale County Hospital | ) ) ) ) |
| *Defendants* |  |

Civil Action No.  3:23-cv-04441-SAL

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* __ recover from the defendant *(name)* ___ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____ .

■ the plaintiff, Eric Alan Sanders, take nothing of defendants, South Carolina Department of Revenue; State of South Carolina; Hampton Regional Medical Center; Allendale County Hospital and this action is dismissed without prejudice.

This action was *(check one)*:

❒ tried by a jury, the Honorable_ presiding, and the jury has rendered a verdict.  The plaintiffs _,_ recover from the defendant ___ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Sherri A. Lydon, United States District Judge, presiding. The Court having adopted the Report and Recommendation of the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended dismissal.

*ROBIN L. BLUME, CLERK OF COURT*

Date:     February 29, 2024

s/A. Snipes

_____
*Signature of Clerk or Deputy Clerk*