**Eric Alan Sanders**
262 Eastgate Drive, PMB #501
Aiken, SC 29803

RECEIVED
USDC CLERK.COLUMBIA. SC

2024 JUL 15  PM 1:22